United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EFREN DELA CRUZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, et al.,<br><br>Defendants. | Case No. 19-CV-07077-LHK<br><br>**ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 10, 14 |

On August 20, 2019, Plaintiffs Efren Dela Cruz and Evelyn Dela Cruz ("Plaintiffs") filed suit in the Superior Court of California for Santa Clara County to enjoin the pending foreclosure of real property located in San Jose, California. ECF No. 1, Ex. A. Plaintiffs sued Defendants Quality Loan Service Corporation; U.S. Bank National Association; Pedro Pagola; Thomas J. Holthus; Ronald Alonzo; Select Portfolio Servicing, Inc.; Jamie Dimon dba Chase Services; JPMorgan Chase Bank, N.A.; Washington Mutual Bank, FSB; HSBC Mortgage Corporation, successor by merger to Republic Consumer Lending; Bank of America, N.A., as successor by merger to LaSalle Bank NA; and California Reconveyance Company, who is a trustee. *Id.*

Defendant JPMorgan Chase ("Chase") was served with the Complaint on September 27, 2019. ECF No. 1 ¶ 2. According to Chase, as of October 28, 2019, only Defendants U.S. Bank,

1
Case No. 19-CV-07077-LHK
ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND

N.A. and Select Portfolio Servicing, Inc. have been served in this matter. *Id.* ¶ 3.

On October 28, 2019, Defendants Chase, Jamie Dimon dba Chase Services, California Reconveyance Company, and Washington Mutual Bank, FSC (collectively, the "Chase Defendants") removed this case to federal court. *See* ECF No. 1. Chase Defendants served the notice of removal and other relevant documents on Plaintiffs and Defendants U.S. Bank National Association and Select Portfolio Servicing, Inc. ECF No. 8. To date, Plaintiffs have not taken any actions in this case.

On November 4, 2019, Chase Defendants filed a motion to dismiss. ECF No. 10. Plaintiffs' opposition to the Chase Defendants' motion to dismiss was due on November 18, 2019. Additionally, Defendants U.S. Bank National Association and Select Portfolio Servicing, Inc. filed a motion to dismiss on November 6, 2019. ECF No. 14. Plaintiffs' opposition to Defendants U.S. Bank National Association's and Select Portfolio Servicing, Inc.'s motion to dismiss was due on November 20, 2019. As of December 18, 2019, Plaintiffs have failed to file an opposition to either motion to dismiss.

Accordingly, the motions to dismiss are GRANTED with leave to amend. Plaintiffs shall file any amended complaint within 30 days of this Order. Failure to file an amended complaint within 30 days of this Order or failure to cure the deficiencies identified in the two motions to dismiss will result in dismissal of the deficient claims with prejudice. Plaintiffs' amended complaint may not add new causes of action or new parties without a stipulation or leave of the Court

The Court VACATES the March 19, 2020 and March 26, 2020 hearings on the motions to dismiss. The February 19, 2020 case management conference remains as set. The parties shall file a joint case management statement by February 12, 2020.

**IT IS SO ORDERED.**

Dated: December 18, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 19-CV-07077-LHK
ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND